UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MALINDA FAIRCHILD-CATHEY, RICHARD MUMFORD, and AARON FORJONE, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>AMERICU CREDIT UNION,<br><br>        Defendant. | Civil Action No. 6:21-cv-1173 (LEK-ML)<br><br>JUDGE LAWRENCE E. KAHN<br><br><u>Class Action</u> |

## PLAINTIFFS' NOTICE OF UNOPPOSED MOTION
## FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 23, Plaintiffs Malinda Fairchild-Cathey, Richard Mumford, and Aaron Forjone, by and through counsel, move the Court for preliminary approval of a proposed class action settlement with Defendant AmeriCU Credit Union.

Based upon the accompanying (1) motion and memorandum of law and (2) declaration of Jeffrey D. Kaliel, Plaintiffs filed in support of the motion, Plaintiffs respectfully request that the Court: (i) grant preliminary approval of the proposed settlement; (ii) provisionally certify the three Classes for settlement purposes; (iii) approve the proposed forms of notice; (iv) direct notice to class members, as well as establish a schedule for objecting to or opting out of the settlement, as set forth in the Settlement Agreement; and (v) schedule a final approval hearing at the Court's opportunity no earlier than 105 days from the entry of the preliminary approval order to address the proposed settlement and the application of Class Counsel for an award of fees and costs and for class representative incentive awards.

WHEREFORE, Plaintiffs respectfully request that the Court grant the motion and enter the proposed Order Granting Preliminary Approval of Proposed Class Action Settlement filed herewith.

Dated: December 14, 2023

Respectfully submitted,

*/s/ Jeffrey D. Kaliel*
Jeffrey D. Kaliel (Bar Roll No. 518372)
KALIELGOLD PLLC
1100 15th Street NW, 4th Floor
Washington, D.C. 20005
Tel: (202) 350-4783
jkaliel@kalielpllc.com

Sophia Goren Gold (Bar Roll No. 701241)
KALIELGOLD PLLC
950 Gilman Street, Suite 200
Berkeley, CA 94710
Tel: (202) 350-4783
sgold@kalielgold.com

David M. Berger (admitted *pro hac vice*)
Tayler L. Walters (admitted *pro hac vice*)
Erin A. Barlow (admitted *pro hac vice*)
GIBBS LAW GROUP LLP
1111 Broadway, Suite 2100
Oakland, CA 94607
Tel: (510) 350-9700
dmb@classlawgroup.com
tlw@classlawgroup.com
eab@classlawgroup.com

Shawn K. Judge (admitted *pro hac vice*)
Mark H. Troutman (admitted *pro hac vice*)
GIBBS LAW GROUP LLP
1554 Polaris Parkway, Suite 325
Columbus, OH 43240
Tel: (510) 340-4217
Fax: (510) 350-9701
skj@classlawgroup.com
mht@classlawgroup.com

*Attorneys for Plaintiffs and the Putative Class*

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 14th, 2023, a copy of the above document has this day been served on all counsel of record via the court's ECF system:

Brian S. Gitnik
Litchfield Cavo LLP
420 Lexington Avenue, Suite 2104
New York, New York 10170
(212) 792-9772
Gitnik@litchfieldcavo.com

James R. Branit
Jason E. Hunter
Litchfield Cavo LLP
303 West Madison Street, Suite 300
Chicago, Illinois 60606
(312) 781-6562 (Branit)
(312) 781-6587 (Hunter)
branit@litchfieldcavo.com
hunter@litchfieldcavo.com

*Attorneys for Defendant AmeriCU Credit Union*

                                                */s/ Jeffrey D. Kaliel*
                                                Jeffrey D. Kaliel