UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MALINDA FAIRCHILD-CATHEY, RICHARD MUMFORD, and AARON FORJONE, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>AMERICU CREDIT UNION,<br><br>    Defendant. | Civil Action No. 6:21-cv-1173 (LEK-ML)<br><br>JUDGE LAWRENCE E. KAHN<br><br>Class Action |

**PLAINTIFFS' NOTICE OF UNOPPOSED MOTION
FOR FINAL APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT**

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 23, Plaintiffs Malinda Fairchild-Cathey, Richard Mumford, and Aaron Forjone, by and through counsel, move the Court for final approval of the previously approved class action settlement with Defendant Americu Credit Union.

Based upon (1) the accompanying motion and memorandum of law; (2) the declaration of Jeffrey D. Kaliel, which Plaintiffs previously filed in support of the motion for preliminary approval; and (3) the accompanying declaration of Scott Fenwick of Kroll Settlement Administration LLC, Plaintiffs respectfully request that the Court grant final approval of the Settlement and enter the accompanying Proposed Final Approval Order and Judgment filed herewith.

Dated: April 3, 2024                    Respectfully submitted,

/s/ Jeffrey D. Kaliel
Jeffrey D. Kaliel (Bar Roll No. 518372)
KALIELGOLD PLLC
1100 15th Street NW, 4th Floor
Washington, D.C. 20005
Tel: (202) 350-4783
jkaliel@kalielpllc.com

Sophia Goren Gold (Bar Roll No. 701241)
KALIELGOLD PLLC
950 Gilman Street, Suite 200
Berkeley, CA 94710
Tel: (202) 350-4783
sgold@kalielgold.com

David M. Berger (admitted *pro hac vice*)
Tayler L. Walters (admitted *pro hac vice*)
GIBBS LAW GROUP LLP
1111 Broadway, Suite 2100
Oakland, CA 94607
Tel: (510) 350-9700
dmb@classlawgroup.com
tlw@classlawgroup.com

Shawn K. Judge (admitted *pro hac vice*)
Mark H. Troutman (admitted *pro hac vice*)
GIBBS LAW GROUP LLP
1554 Polaris Parkway, Suite 325
Columbus, OH 43240
Tel: (510) 340-4217
Fax: (510) 350-9701
skj@classlawgroup.com
mht@classlawgroup.com

*Attorneys for Plaintiffs and the Putative Class*

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 3, 2024, a copy of the above document has this day been served on all counsel of record via the court's ECF system:

Brian S. Gitnik
Litchfield Cavo LLP
420 Lexington Avenue, Suite 2104
New York, New York 10170
(212) 792-9772
Gitnik@litchfieldcavo.com

James R. Branit
Jason E. Hunter
Litchfield Cavo LLP
303 West Madison Street, Suite 300
Chicago, Illinois 60606
(312) 781-6562 (Branit)
(312) 781-6631 (Mallen)
branit@litchfieldcavo.com
hunter@litchfieldcavo.com

*Attorneys for Defendant AmeriCU Credit Union*

                                              */s/ Jeffrey D. Kaliel*
                                              Jeffrey D. Kaliel